UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE DELANEY )
)
  Plaintiff, )
)
v. ) CIVIL ACTION NO.
) 10-10348-GAO
MICHAEL J. ASTRUE, Commissioner )
of Social Security, )
)
  Defendant. )

## ORDER AND ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REVERSAL AND REMAND OF THE CASE TO THE COMMISSIONER

Defendant, Michael J. Astrue, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings.

On remand, the Decision Review Board will remand the matter to an administrative law judge who will be instructed to: 1) further consider plaintiff's severe impairments and determine whether Addison's disease and a personality disorder constitute severe impairments; 2) with the assistance of medical expert testimony, determine whether plaintiff's conditions meet or equal an impairment described in the Listing of Impairments, and in doing so, fully evaluate the opinion of Dr. Ruggiano at Tr. 547-549; 3) further consider plaintiff's residual functional capacity and in doing so, evaluate all of the opinion evidence from Dr. O'Neil, determine the source's treatment relationship to the plaintiff and indicate the weight afforded this opinion evidence; and 4) give further consideration to plaintiff's subjective complaints consistent with the requirements of SSR 96-7p.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's

decision with remand in Social Security actions under sentence four of 42 U.S.C. §405(g), and in light of the concurrence of the parties to a remand of this action for further proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED THIS _____ DAY OF _____, 2016.

_____
GEORGE A. O'TOOLE, JR.
United States District Judge